NO.
12-05-00197-CV

 

              IN THE COURT OF APPEALS

 

 TWELFTH COURT OF APPEALS DISTRICT

 

                             TYLER, TEXAS

 

 

PANOLA COLLEGE-

SHELBY COLLEGE                                        §     APPEAL FROM THE 123RD

COSMETOLOGY CENTER,

APPELLANT

 

V.                                                                         §     JUDICIAL DISTRICT COURT OF

 

 

MAURINE PRINCE,

APPELLEE                                                       §     SHELBY COUNTY, TEXAS

 





                                                     MEMORANDUM
OPINION

                                                                 PER
CURIAM

Appellants have filed a joint motion to dismiss this
appeal.  Because the parties have met the
requirements of Texas Rule of 
Appellate Procedure 42.1(a)(1), the motion is granted, and the
appeal is dismissed.

Opinion
delivered October 26, 2005.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.

 

                                                                              

 

 

                                                                     (PUBLISH)